**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAREK HAMDI, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, et al. <br><br> Respondents. | Case No. EDCV 10-00894 VAP(DTBx) <br><br> **ORDER AND JUDGMENT** |

Pursuant to the Findings of Fact and Conclusions of Law issued herewith, the Court hereby finds Petitioner Tarek Hamdi statutorily eligible for naturalization under the Immigration and Naturalization Act, and ORDERS that Respondents GRANT Petitioner's application for naturalization.

The Court FURTHER ORDERS Respondents to prepare the appropriate documents for the Court to administer the oath of allegiance and forward such documents to the

1  Clerk of Court in order that the Court may administer
2  such oath to Petitioner.
3
4
5                                    /s/ Virginia A. Phillips
6  Dated: February 28, 2012      _____
7                                      VIRGINIA A. PHILLIPS
                                      United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28